**Petition for Writ of Mandamus Dismissed and Memorandum Opinion filed February 15, 2024.**



In The

# Fourteenth Court of Appeals

---

### NO. 14-23-00853-CV

---

### IN RE ALEJANDRO BOMIO, DECEASED, Relator

---

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**334th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2023-16420**

---

### MEMORANDUM OPINION

On November 10, 2023, relator Alejandro Bomio, deceased, filed a petition for writ of mandamus in this court. *See* Tex. Gov't Code Ann. § 22.221; *see also* Tex. R. App. P. 52. In the petition, relator asks this Court to vacate and set aside the signed proposed order granting default judgment dated July 17, 2023.

On December 21, 2023, relator filed a motion to dismiss its petition for writ of mandamus. In the motion, relator represents that on December 13, 2023, Judge

Rogers granted relator's motion to vacate and set aside the default judgment dated July 17, 2023. As such, relator's requested relief in this petition for writ of mandamus is now moot.

We **GRANT** relator's motion to dismiss and **DISMISS** relator's petition for writ of mandamus for want of subject-matter jurisdiction.

PER CURIAM

Panel consists of Justices Bourliot, Zimmerer, and Spain.